# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE SHEET METAL WORKER'S LOCAL NO. 124 PENSION TRUST, et al., | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) Case No. CIV-17-1057-M |
| STEWART ENVIRONMENTAL AIR SYSTEMS, INC., | ) ) ) ) |
| Defendant. | ) |

## ORDER OF REFERRAL TO UNITED STATES MAGISTRATE JUDGE

In accordance with 28 U.S.C. § 636, this matter is hereby referred to Magistrate Judge Goodwin for review and disposition of:

1. Plaintiff's *Application for order to Appear and Answer as to Property and for Injunction* [doc. no. 17].

08/07/2018
Date

VICKI MILES-LaGRANGE
UNITED STATES DISTRICT JUDGE