UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

OKLAHOMA CITY, OK
DATE: September 10, 2018

| | |
|---|---|
| BOARD OF TRUSTEES OF THE SHEET METAL WORKER'S LOCAL NO. 124 PENSION TRUST, et al., <br><br>    Plaintiffs, <br><br>v. <br><br>STEWART ENVIRONMENTAL AIR SYSTEMS, INC., <br><br>    Defendant. | Case No. CIV-17-1057-M |

**ENTER ORDER:**

The Court previously referred matters in this case to Magistrate Judge Charles B. Goodwin, who has since been appointed to serve as a District Judge. The referral is WITHDRAWN and the Judgment Debtor Hearing scheduled for September 19, 2018 at 10:00 a.m., before Judge Goodwin, is hereby stricken.

In accordance with 28 U.S.C. § 636, this matter is hereby referred to Magistrate Judge Purcell for review and disposition of:

1. Plaintiff's *Application for Order to Appear and Answer as to Property and for Injunction* [doc. no. 17].

By direction of Judge Vicki Miles-LaGrange, we have entered the above order.

                                      Carmelita Reeder Shinn, Clerk

                                      By:  s/*Kathy Spaulding*
                                            Deputy Clerk