# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE SHEET, )<br>METAL WORKER'S LOCAL NO. 124   )<br>PENSION TRUST, et al.,                          )<br>                                                                )<br>                          **Plaintiff,**           )<br>                                                                )<br>vs.                                                          )<br>                                                                )<br>STEWART ENVIRONMENTAL           )<br>AIR SYSTEMS, INC.,                             )<br>                                                                )<br>                          **Defendant.**      ) | Case No. CIV-17-1057-M |

ENTER ORDER:

At request of Plaintiff and for good cause shown the Hearing on Assets previously set for September 19, 2018 at 10:00 a.m. is hereby reinstated and shall proceed as scheduled.

ABOVE ORDER ENTERED BY DIRECTION OF UNITED STATES MAGISTRATE JUDGE GARY M. PURCELL.

CARMELITA REEDER SHINN, Clerk

By:     /s/ Carrie Sims

Dated: September 11, 2018
Copies to parties of record

cc:    Kathy Spaulding